JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAWRENCE LIVINGSTON HUMES,<br><br>    Petitioner<br><br>    v.<br><br>DEBRA ASUNCION, Warden,<br><br>    Respondent. | Case No. 5:16-cv-00665-DOC (GJS)<br><br>**JUDGMENT** |

    Pursuant to the Court's Order Accepting Findings and Recommendations of United States Magistrate Judge,

    IT IS ADJUDGED THAT this action is dismissed with prejudice.

DATE: September 12, 2018

    /s/ David O. Carter
    DAVID O. CARTER
    UNITED STATES DISTRICT JUDGE